No. 374. GALLUP *v.* TOWNSHIP OF LOWER MERION. October 14, 1946. *Per Curiam:* The motion to dismiss is

granted, and the appeal is dismissed for want of a substantial federal question. *Hadacheck* v. *Los Angeles,* 239 U. S. 394; *New Orleans Public Service* v. *New Orleans,* 281 U. S. 682. *G. Harry Ditter* for appellant. *Harold Evans* for appellee.